

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2020

No. 04-20-00214-CV

John E. **VOGT** and Nelda L. Vogt,
Appellants

v.

**MARIN REAL ESTATE PARTNERS. L.P**. et al,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 06-150
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

The trial court clerk has filed a notification of late record, requesting an extension to August 21, 2020. We grant her request and order her to file the clerk's record on or before August 21, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court